February 11, 2022

Emergency Motion To Grant Permission for Passport for a Minor Child

Honorable Judge,

I applied for another passport for my daughter T███ C███ as her first one expired 10/21. We received her first passport at age 5 when we lived in Ohio without her father's consent. I applied on December 29th, 2021 and received an email from Department of State on 01/20/22 asking for documentation of the absent father and his signature on the application. I submitted the requested information showing we have no contact with the absent parent and an email from Maryland Child Support showing they have not and cannot locate Terrell Dominick Coles. I have filed child support three times (1/2014, 7/2018, and 6/2020). I do not have any addresses for Mr. Coles except for what I find on Maryland Judiciary Case Search and these addresses are not registered to him. I also provided documentation through Facebook Messenger of my daughter reaching out to her father and no response. She reached out to Mr. Cole's eldest son and no response. I reached out to Karren Brown which is Mr. Cole's eldest son's mother and she has not had contact with Mr. Coles or his mother Terry Coles in two years. Neither one of these individuals we contacted live in Maryland. Again, on February 9, I received an email and also a phone call from Department of State stating the documentation was insufficient and advised to go to a judge to be granted permission to receive a passport. Mr. Coles has been absent in her life for almost 13 years as she will be 13 in July. She has asked to take a trip for her 13th and I would like to grant her this trip and asking for permission to get a passport.

Thank you,

Kira D Harris

614-202-8744

Supporting documents sent to Dept of State enclosed.